**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

ENTEGEE, INC.
a Massachusetts corporation,

                                  CASE NO.:

       Plaintiff,

v.

AERY AVIATION, LLC.
a Virginia limited liability company,
             Defendant.

_____/

**COMPLAINT**

Plaintiff, Entegee, Inc., ("Entegee"), sues Defendant, Aery Aviation, LLC ("Aery"), and in support alleges:

**Parties, Jurisdiction, and Venue**

1.      Plaintiff, Entegee, is a corporation organized and existing under the laws of the State of Massachusetts with its principal place of business in Florida, and, as such, is a citizen of the States of Massachusetts and Florida. Entegee provides specialized staffing solutions.

2.      Defendant, Aery, is a limited liability company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business in Virginia, and, as such, is a citizen of the Commonwealth of Virginia.

3.      This Court has subject matter jurisdiction under 28 U.S.C. § 1332 as this dispute is between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4.      Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(1) as Aery resides within this District. Moreover, venue is appropriate in this District under 28 U.S.C.

§ 1391(b)(2) as a substantial part of the events or omissions giving rise to this claim occurred within this District.

### General Allegations

5. As of October 5, 2023, Aery owed Entegee $1,716,198.29 for specialized staffing and related services provided by Entegee to Aery (hereinafter, the "Debt").

6. On October 5, 2023, Aery signed a settlement agreement (the "Settlement Agreement") and a promissory note (the "Note") to resolve a dispute arising from Aery's failure to pay the Debt that Aery owed to Entegee. A true and correct duplicate of the Settlement Agreement is attached as **Exhibit 1.** A true and correct duplicate of the Note is attached as **Exhibit 2**.

7. Under the terms of the Settlement Agreement and Note, Aery was required to pay $100,000 (the "Down Payment") immediately upon execution and thereafter make payments in accordance with the following schedule until the Debt was paid in full:

 a) $50,000.00 per month from November 1, 2023 through April 30, 2024; and

 b) $78,000.00 per month thereafter from May 1, 2024 through August 31, 2025.

8. Aery paid the Down Payment and the first payment of $50,000 to Entegee, but then failed to make any further payments under the Settlement Agreement or on the Note and has thereby defaulted under the Settlement Agreement and Note.

9. Under the terms of the Settlement Agreement and Note, payment received more than ten (10) days after the first of each month constitute default and accrue interest at a rate of 12% per annum until paid in full.

10. Under the terms of the Note, upon the occurrence of a default by Aery, the entire unpaid principal amount of the Note, including any unpaid interest, shall, at the sole option of the Noteholder, without notice, become immediately due and payable without presentment, demand,

protest or notice of dishonor or any exemptions that might have been available to Aery.

11.     Under the terms of the Note, in the event of default by Aery, default interest at the rate of twelve percent (12%) simple interest per annum shall accrue and compound on the outstanding and unpaid principal and interest until all outstanding and unpaid principal and interest are paid.

12.     Under the terms of the Settlement Agreement and Note, Entegee is entitled to all costs of collection and reasonable attorneys' fees incurred in any action enforcing the Settlement Agreement or Note.

13.     Entegee has hired the undersigned counsel to prosecute its claims herein and has agreed to pay counsel a reasonable fee for services rendered.

14.     All conditions precedent to Entegee's maintenance of this action have been performed, excused, or waived.

## <u>COUNT I</u>
(Breach of Settlement Agreement)

15.     Entegee restates and realleges paragraphs 1 through 14 of this Complaint as if fully set forth herein.

16.     Entegee sues Aery for breach of the Settlement Agreement.

17.     The Settlement Agreement is a valid and binding contract between the parties.

18.     Under the Settlement Agreement, Aery agreed to pay Entegee $1,716,198.29 in a series of installments to resolve a dispute arising from Aery's failure to pay Entegee for services rendered.

19.     All of Entegee's obligations under the Settlement Agreement have either been performed or waived.

20.     Aery breached the Settlement Agreement by failing to make payments when due.

21.     As a direct and proximate result of Aery's material breach of the Settlement Agreement,

Entegee has suffered damages in the amount of $1,565,704.29 plus interest, attorney's fees and costs.

## COUNT II
(Breach of Promissory Note)

22.     Entegee restates and realleges paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Entegee sues Aery for Breach of the Note.

24.     Entegee and Aery are parties to the Note, which is a valid and binding contract and negotiable instrument.

25.     Entegee is the lawful owner and holder of the Note and an outstanding balance is due and owing on the Note.

26.     Aery has breached the Note by failing to repay Entegee pursuant to the terms of the Note.

27.     As a direct and proximate result of Aery's material breaches of the Note, Entegee has suffered damages in the amount of $1,565,704.29 plus interest, attorney's fees and costs.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Entegee, requests that this Court enter a Judgment in favor of Entegee and against Aery awarding Entegee all available damages under the Settlement Agreement and Note, including, but not limited to, return of the $1,565,704.29 principal balance of the amount owed under the Settlement Agreement and on the Note, interest at 12% per annum from November 1, 2023 through the date of Judgment, together with Entegee's attorney's fees and costs incurred herein and all costs of collection, as well as pre-judgment and post-judgment interest and such other and further relief as the Court deems just and proper.

4

## DEMAND FOR JURY TRIAL

Entegee hereby demands a trial by jury.


Dated: July 3, 2025


**SMITH, GAMBRELL & RUSSELL, LLP**


/s/John P. Pennington
John P. Pennington
Virginia Bar No. 82512
jpennington@sgrlaw.com
1055 Thomas Jefferson Street, NW, Suite 400
Washington, DC 20007
Tel:  (202) 263-4360
Fax:  (202) 263-4348
*Attorney for Plaintiff*