## SETTLEMENT AGREEMENT

This SETTLEMENT AGREEMENT (the "Agreement") dated as of October 5, 2023 ("Effective Date"), is entered by and between Aery Aviation, LLC, a Virginia limited liability company, and Entegee, Inc., a Massachusetts corporation (each a "Party" and collectively, the "Parties").

### DEFINITIONS

A.      "Aery Aviation" shall mean and include for purposes of this Agreement: Aery Aviation, LLC, a Virginia limited liability company, having an address at 1009 Providence Boulevard, Newport News, VA 23602.

B.      "Entegee" shall mean and include for purposes of this Agreement: Entegee, Inc., a Massachusetts corporation, having an address at 33 Riverside Dr., Ste. 103, Pembroke, Massachusetts, 02359.

C.      The "Obligation" shall mean and include for purposes of this Agreement: The outstanding Invoices owed for services provided by Aery Aviation to Entegee in the amount of One Million Seven Hundred Sixteen Thousand One Hundred Ninety-Eight and 00/100 Dollars ($1,716,198.29), presented and described in the demand letter dated August 18, 2023.

### RECITAL

WHEREAS, the Parties, in view of the burden, expense, and uncertainties of further legal action and deeming it to be in their respective best interests to resolve the claims and disputes among them, have agreed to settle amicably and resolve finally any and all claims and disputes the Parties may have against each other with respect to the Obligation.

### AGREEMENT

NOW, THEREFORE, for good and valuable consideration, the Parties hereby agree as follows:

1.      Settlement Amount and Payment Schedule.  In consideration for the release granted herein, Aery Aviation shall pay to Entegee the amount of One Million Seven Hundred Sixteen Thousand One Hundred Ninety-Eight and 00/100 Dollars ($1,716,198.29) (the "Settlement Amount"), to be paid in the following manner:  Aery Aviation shall pay to Entegee an initial lump sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) (the "Down Payment") to be paid in full on the Effective Date. Following payment of the Down Payment, Aery Aviation shall pay to Entegee settlement payments in accordance with the schedule provided for below, payable in full on the first day of each month commencing November 1, 2023, and payable on the first day of each consecutive month thereafter ("Settlement Payments"), until the balance of the Settlement Amount is paid in full, pursuant to the terms of the Promissory Note attached hereto, and incorporated by reference, as Exhibit A.  The payment schedule of the Settlement Payments shall consist of the following:

163059600v1

a)    $50,000.00 per month from November 1, 2023 through April 30, 2024; and

b)    $78,000.00 per month thereafter from May 1, 2024 through August 31, 2025

until the Settlement Amount is paid in full.

All payments made by Aery Aviation pursuant to Paragraph 1 shall be made via electronic transfer to Entegee, Inc. pursuant to the ACH/wire instructions provided by Entegee.

2.    Default. Aery Aviation's failure to make any full payment due under this Agreement, including the Down Payment and/or subsequent Settlement Payments, in the amount due and on the date required, time being of the essence, shall be deemed a default. Payments received more than ten (10) days after the first of each month accrue interest at a rate of 12% per annum until paid in full. Unpaid interest will compound until paid. Any payment received timely, but deemed to be non-negotiable, shall not be considered a timely payment, and shall be deemed a default.

3.    Non Admission.  This Agreement is the result of a compromise and shall not be construed as an admission by the Parties of any liability, wrongdoing, or responsibility on their part or on the part of their predecessors, successors, assigns, licensees, parents, subsidiaries, affiliates, designees, attorneys, officers, directors, owners, trustees or employees.

4.    Release. Subject to the full and faithful performance of all of their respective obligations hereunder and Entegee's receipt of the Settlement Fee in full, and provided that neither Party is in breach of any of the terms and conditions of this Agreement, each Party hereby releases, acquits, satisfies and forever discharges the other Party and all of its respective affiliates, successors, assigns, licensees, parents, subsidiaries, designees, employees,  officers, owners, directors, trustees, agents, administrators, attorneys and other representatives of and from any and all charges, claims, actions, rights, demands, debts, liens, obligations, causes of action, liability, damages, costs, expenses or accountings of any nature whatsoever, whether in law or in equity, whether known or unknown, from the beginning of time up to the Effective Date, arising out of or related to the Obligation. The Parties acknowledge that this Agreement does not release claims for the enforcement of this Agreement or the Promissory Note executed in connection herewith, and incorporated herein.

5.    Non-released Obligations.  Notwithstanding the provisions of paragraph 4, nothing in this Agreement shall be construed to release any of the Parties' rights or obligations under this Agreement.

6.    Representations and Warranties.  Each Party represents and warrants that it has the authority to enter into this Agreement and that the person signing this Agreement is the duly authorized representative of each respective Party.  Entegee has relied on these representations in agreeing to the terms of this Agreement.

163059600v1

7.      <u>Promissory Note Incorporated by Reference</u>. Simultaneously with the execution of this Agreement, Aery Aviation shall execute the Promissory Note in the amount of $1,716,198.29 pursuant to the terms set forth in section 1, *supra*.

8.      <u>Execution Knowing and Voluntary.</u>  Each Party acknowledges and represents that it:  (a) has fully and carefully read and considered this Agreement prior to its execution; (b) has been or has had the opportunity to be fully apprised by an attorney of the legal effect and meaning of this document and all terms and conditions hereof; (c) has had the opportunity to make whatever investigation or inquiry deemed necessary or appropriate in connection with the subject matter of this Agreement; (d) has been afforded the opportunity to negotiate as to any and all terms hereof; and (e) is executing this Agreement voluntarily, free from any undue influence, coercion, duress, or fraud.

9.      <u>No Drafting Party</u>.  Each Party acknowledges and agrees that this Agreement shall not be deemed prepared or drafted by any one Party.  In the event of any dispute between the Parties concerning this Agreement, the Parties agree that any rule of construction to the effect that any ambiguity in the language of the Agreement is to be resolved against the drafting Party shall not apply.

10.      <u>Legal Fees and Costs.</u>  Each Party shall be responsible for paying its own respective expenses, costs, and attorneys' fees incurred in connection with the negotiations of this Agreement, and no moneys will be exchanged except as otherwise provided for herein. In the event that Entegee has to take legal action to enforce this Agreement or the breach thereof by Aery Aviation, Entegee shall be entitled to recover all of its expenses, costs, and attorneys' fees.

11.      <u>Non-waiver</u>.  No provision of this Agreement shall be adjudged waived unless any such waiver is signed by the Party against whom the waiver is asserted.  The waiver by any Party of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach.

12.      <u>Severability</u>.  If any provision or application of this Agreement shall be held invalid or unenforceable then any such provision shall be deemed severed from this Agreement and the remaining provisions and applications of this Agreement shall not be affected, but rather shall remain valid and enforceable.

13.      <u>Entire Agreement</u>.  This Agreement, and the Promissory Note, constitute the entire Agreement and supersede any and all other understandings and agreements between the Parties with respect to the subject matter hereof and no representation, statement or promise not contained herein shall be binding on either Party.  This Agreement may be modified only by a written amendment duly signed by each Party, and each of the Parties expressly disclaims any right to enforce or claim the effectiveness of any oral modification to this Agreement based upon a course of dealing, waiver, reliance, estoppel, or other similar theory of law.

14.      <u>Execution in Counterparts</u>.  This Agreement may be executed in two or more counterparts each of which shall be deemed an original and each of which when combined with the other shall constitute one and the same instrument. Photocopy, facsimile, electronic, or other copies of signatures shall have the same effect as an ink-signed original.

163059600v1

15. <u>Successors and Assigns</u>. This Agreement shall be binding on and inure to the benefit of all parent companies, affiliates, subsidiaries, related companies, franchisees, agents, employees, successors and assigns of each of the Parties hereto.

16. <u>Governing Law</u>. Regardless of the place of its physical execution, this Agreement shall be deemed to have been entered into, and shall be interpreted, construed and governed in all respects by the laws of the State of Virginia without regard to its conflicts of laws rules. The Parties hereto agree that the state and federal courts located in the Eastern District of Virginia shall have exclusive jurisdiction regarding any disputes relating to this Agreement, and that such courts shall have personal jurisdiction over them with respect to the same. To the extent applicable, the Parties expressly confirm their intention and desire that any judgment by a court of competent jurisdiction in connection with an action relating to this Agreement be enforceable by the courts located within the jurisdiction in which the non-prevailing Party may be located.

Each Party is signing this Agreement as of the Effective Date.

**AERY AVIATION, LLC,**
**a Virginia limited liability company**

By: _____
    (sign name)

Name: Sean C. Boyd
    (print name)

Title: Chief Financial Officer

Date: October 5, 2023

**ENTEGEE, INC.,**
**a Massachusetts corporation**

By: _____
    (sign name)

Name: _____
    (print name)

Title: _____

Date: _____

163059600v1